IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

---

CHRISTEN COX,

     Plaintiff,

v.                                                                                        No. 1:26-cv-01135-JDB-jay

MADISON COUNTY CJC,

     Defendant.

---

ORDER DIRECTING PLAINTIFF TO COMPLY WITH
28 U.S.C. § 1915(a)(1)-(2) OR PAY THE $405 CIVIL FILING FEE

---

On June 22, 2026, Plaintiff, Christen Cox, booking number 563982, who is incarcerated at the Madison County Criminal Justice Center in Jackson, Tennessee, filed a pro se civil complaint pursuant to 42 U.S.C. § 1983.  (Docket Entry ("D.E.") 1.)

Under the Prison Litigation Reform Act ("PLRA"), 28 U.S.C. § 1915(a)-(b), a prisoner bringing a civil action must pay the filing fee required by 28 U.S.C. § 1914(a).[1]  Although the obligation to pay the fee accrues at the moment the case is filed, *see McGore v. Wrigglesworth*, 114 F.3d 601, 605 (6th Cir. 1997), *partially overruled on other grounds by LaFountain v. Harry*, 716 F.3d. 944, 951 (6th Cir. 2013), the PLRA provides the prisoner the opportunity to make an initial partial filing fee and pay the remainder in installments.  *See Bruce v. Samuels*, 577 U.S. 82, 84-85 (2016) (addressing payment of fees under 28 U.S.C. § 1915(b)(1)); 28 U.S.C. § 1915(b)(2).

---

[1] The civil filing fee is $350.00.  28 U.S.C. § 1914(a).  The Schedule of Fees requires an additional administrative fee of $55.00 for filing any civil case.  *See* Local Fees, United States District Court for the Western District of Tennessee, www.tnwd.uscourts.gov/local-fees (last accessed June 23, 2026).  The additional fee will not apply if leave to proceed in forma pauperis is ultimately granted.

However, to take advantage of the installment procedures, the prisoner must properly complete and submit to the Court, along with the complaint, an in forma pauperis affidavit and a certified copy of his inmate trust account statement for the last six months immediately preceding the filing of the complaint.  28 U.S.C. § 1915(a)(2).

Cox has submitted the two-page Application to Proceed in District Court Without Prepaying Fees or Costs.  (D.E. 2.)  He, however, has not fully completed that application. Furthermore, he has not submitted a certified copy of his trust account statement for the six months preceding the filing of the complaint.  Accordingly, Plaintiff is ORDERED to submit, within thirty days of the date of this order: (1) the entire $405.00 civil filing fee; *or* (2) a completed in forma pauperis affidavit *and* a certified copy of his trust account statement for the last six months immediately preceding the filing of the complaint.

The Clerk is DIRECTED to mail Cox a copy of the prisoner in forma pauperis affidavit along with this order and note the date of mailing on the docket.

If Plaintiff needs additional time to pay the filing fee or file the required document(s), he may request one thirty-day extension of time from this Court.  *McGore*, 114 F.3d at 605.  However, if he fails to comply with this order in a timely manner, the Court will deny leave to proceed in forma pauperis, assess the entire $405.00 filing fee from his trust account without regard to the installment payment procedures, and dismiss the action without further notice pursuant to Federal Rule of Civil Procedure 41(b).  *Id.*

Lastly, Plaintiff is ORDERED to notify the Court immediately, in writing, of any change of address.  If he fails to abide by this requirement or any other requirement of this order, the Court may impose appropriate sanctions, up to and including dismissal of this action, without any additional notice or hearing by the Court.

IT IS SO ORDERED this 23rd day of June 2026.

s/ J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE